ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>JUAN MANUEL LOPEZ GARCIA<br>AKA JUAN LOPEZ GARCIA<br>AKA JUAN GARCIA<br>AKA ALBERTO GARCIA,<br><br>                      Defendant. | CASE NO: 1:25-MJ-00056-EPG<br><br>ORDER TO UNSEAL COMPLAINT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint and related case filings in the above-captioned matter be unsealed.

IT IS SO ORDERED.

Dated:  **September 16, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE